IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT THOMPSON,        ) | CIVIL ACTION NO. 2:22-cv-1664 MJH |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | |
| ) | |
| ABF FREIGHT SYSTEM, INC.        ) | |
| ) | |
| Defendant.        ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Robert Thompson, and Defendant, ABF Freight System, Inc., by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will bear its own fees and costs.

Respectfully submitted:

s/ David B. Spear
David B. Spear
PA ID: 62133

Minto Law Group, LLC
811 Camp Horne Road, Suite 320
Pittsburgh, PA 15237
dspear@mintolaw.com

Counsel for Plaintiff

s/ Lisa R. Whisler
Lisa R. Whisler
PA ID: 312032

Dinsmore & Shohl, LLP
1300 Six PPG Place
Pittsburgh, PA 15222
Lisa.whisler@dinsmore.com

Counsel for Defendants

## ORDER OF COURT

It is so ordered.

Date: 7/10/2023

BY THE COURT:

Marilyn J. Horan
United States District Judge